# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois (Chicago)

In re: Nicholas and Jo Ann Ertz                    Case No._07-07010

Debtor                                             Chapter 13

## RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(d) and Rule 3002.1(e), CitiMortgage, Inc ("Creditor") has received the Trustee's Notice of Final Cure and has determined:

☒   Creditor agrees with the Trustee's analysis.

☐   Creditor does not agree with the Trustee's analysis of the account for the following reason(s):

   ☒   Creditor has received its pre-petition claim. As of July 3, 2012 there is $ 0.00 outstanding with respect to Creditor's claim. The following is an itemization of this amount:

   ☐   Creditor has not received the following post-petition payments and/or fees:

The next payment of $_565.99_____ is due on 10/01/12

Date: __3 July 2012_____

                                        CitiMortgage, Inc.
                                        By: /s/ _Dory Brink_____
                                        Title: _Bankruptcy Specialist
                                        Address: PO BOX 6030
                                        Sioux Falls, SD 57117
                                        Phone Number:_866-613-5636 _



US Bankruptcy Court
**Northern District of   Illinois (Chicago)**

Debtor: NICK ERTZ
JO ANN ERTZ

Case No. 07-07010

### CERTIFICATE OF SERVICE

I hereby certify that on 07/03/12, I served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid:

Debtor: NICK   ERTZ,

JO ANN ERTZ

1601 PARK PL BOLINGBROOK, IL 60490-5027

Debtor's Attorney: ROBERT SCHALLER 700 Commerce Drive, Suite 500 Oak Brook, IL 60523-

Trustee: GLENN B STEARNS 801 WARRENVILLE ROAD, STE 650 LISLE, IL 60532-

/s/  Dory Brink
_